UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TERESA TAYLOR,

                Plaintiffs,

    - against -

CAROLYN W. COLVIN,[1]

               Defendant.
------------------------------------------------------------ x

**ORDER**

5 CV 6105 (RJD) (JMA)

DEARIE, District Judge

    Plaintiff's counsel having confirmed that the plaintiff was served with the Report and Recommendation of Magistrate Judge Azrack dated November 1, 2013, see ECF No. 27, and this Court having received no objections, that Report and Recommendation is adopted without qualification. Plaintiff's counsel is awarded fees in the amount of $14,276.12. The Clerk will enter judgment accordingly.

SO ORDERED.

Dated: Brooklyn, New York
         January 29, 2014

                                          /s/ Judge Raymond J. Dearie

                                          RAYMOND J. DEARIE
                                          United States District Judge

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security and is, therefore, substituted as the defendant in this suit.